# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129781

CITY OF DEARBORN,
       Plaintiff-Appellee,

v

LEE O'BRIEN,
       Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129781
COA: 263132
Wayne CC: 04-500068
19th District Court: C00356

_____/

      On order of the Court, the application for leave to appeal the September 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

p0221

_____
Clerk